IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  21- |
| v. | : | DATE FILED: |
| ALBERT JABBAR | : | VIOLATIONS:<br>18 U.S.C. §§ 922(g)(1), 924(e) |
| | : | (possession of firearm by a felon – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute |
| | : | fentanyl – 1 count)<br>18 U.S.C. § 924(c)(1)(possession of a |
| | : | firearm in furtherance of a drug trafficking crime – 1 count) |
| | : | Notices of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 6, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALBERT JABBAR**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Smith & Wesson, model M&P, 9mm semi-automatic pistol, bearing serial number NBH6855, loaded with nine live rounds of 9mm ammunition, and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 6, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALBERT JABBAR**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about April 6, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ALBERT JABBAR**

knowingly possessed a firearm, that is, a Smith & Wesson, model M&P, 9mm semi-automatic pistol, bearing serial number NBH6855, loaded with nine live rounds of 9mm ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is, possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## **NOTICE OF FORFEITURE 1**

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Sections 922(g)(1) and 924(c)(1), as set forth in this indictment, defendant

**ALBERT JABBAR**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

1. a Smith & Wesson, model M&P, 9mm semi-automatic pistol, bearing serial number NBH6855; and

2. nine live rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d), made applicable by Title 28 United States Code, Section 2461(c).

## NOTICE OF FORFEITURE 2

THE GRAND JURY FURTHER CHARGES THAT:

1. As a result of the violation of Title 21, United States Code, Section 841(a)(1), set forth in this indictment, defendant

**ALBERT JABBAR**

shall forfeit to the United States of America:

    a) any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, including but not limited to:

        i. a Smith & Wesson, model M&P, 9mm semi-automatic pistol, bearing serial number NBH6855;

        ii. nine live rounds of 9mm ammunition; and

    b) any property constituting, or derived from, proceeds obtained, directly or indirectly, from the commission of such violation, including all United States Currency.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;

    b) has been transferred or sold to, or deposited with, a third party;

    c) has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL:

███████████████

GRAND JURY FOREPERSON

*[signature]*

JENNIFER ARBITTIER WILLIAMS
United States Attorney

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## ALBERT JABBAR

## INDICTMENT

Counts

18 U.S.C. §§ 922(g)(1), 924(e) (possession of firearm by a felon – 1 count); 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute fentanyl – 1 count); 18 U.S.C. § 924(c)(1)(possession of a firearm in furtherance of a drug trafficking crime – 1 count); Notices of forfeiture

Filed in open court this 30 day,
Of November A.D. 20 21

Clerk

Bail, $_____